UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| REBECCA R. FLEENOR for | ) | |
| MICHAEL R. FLEENOR | ) | |
| | ) | |
| v. | ) | NO.2:10-CV-99 |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| Commissioner of Social Security | ) | |

## **O R D E R**

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 32], concerning plaintiff's application for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), *see* 28 U.S.C. § 2412(d), [Doc. 22], it is hereby **ORDERED** that the Report and Recommendation is **ADOPTED** and **APPROVED** and that the plaintiff's motion for attorney's fees is **GRANTED**, [Doc. 25]. Accordingly, plaintiff is awarded a fee in the amount of $2,737.50 and expenses in the amount of $17.13.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE